[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-13210
Non-Argument Calendar
_____

D.C. Docket No. 6:11-cr-00327-CEH-KRS-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MICHAEL DENARD JONES,
a.k.a. Bleek Jones,
a.k.a. Michael D. Jones,
a.k.a. Bleek,
a.k.a. B,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(January 21, 2014)

Before TJOFLAT, HULL and MARCUS, Circuit Judges.

PER CURIAM:

Meghan Ann Collins, appointed counsel for Michael Denard Jones in his sentence-reduction proceedings pursuant to 18 U.S.C. § 3582(c)(2), has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the denial of Jones's § 3582(c)(2) motion is **AFFIRMED**.